IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAUN MATZ,

    Plaintiff,

v.

GABRIEL GALLOWAY,

    Defendant.

ORDER

Case No. 18-cv-748-bbc

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 7th day of November, 2018.

BY THE COURT:

*Barbara B. Crabb*

BARBARA B. CRABB
District Judge